E-FILED 5/6/15
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., et al. <br><br> Defendants. | Case No. 2:13-cv-08369 PSG (PLAx) <br><br> [~~PROPOSED~~] **FINAL JUDGMENT** |

la-1285074

The Court hereby enters final judgment against Plaintiff Guardian Media Technologies, Ltd. and in favor of Defendants Amazon.com, Inc., Best Buy Co., Inc., Costco Wholesale Corp., Sears, Roebuck and Co., Target Corp., and Wal-Mart Stores, Inc. ("Defendants") as set forth below:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1. Summary judgment of non-infringement of U.S. Patent Nos. 4,930,158 and 4,930,160 is granted to Defendants.

2. Defendants' Counterclaims for Invalidity and Non-Infringement of U.S. Patent No. 4,930,158 and U.S. Patent No. 4,930,160 are dismissed without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3. Defendants' Counterclaims shall be fully reinstated upon remand, if any, from any appeal by Guardian.

4. Neither Guardian nor any Defendant waives any arguments they may have on appeal, and they expressly reserve all such issues.

5. This dismissal of Defendants' Counterclaims is not subject to the "two dismissal rule" of Rule 41(a)(1) of the Federal Rules of Civil Procedure, which provides that a second dismissal operates as an adjudication on the merits.

IT IS SO ORDERED.

Dated: ~~April ____, 2015~~ 5/4/15

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez
United States District Judge

1

la-1285074